**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

     Plaintiff,

                                 CASE NO. 14-20336-D2

v.

                                 HON. DENISE PAGE HOOD

DARREN HARTLEY (D2),

     Defendant.

_____/

**ORDER DENYING DEFENDANT'S LETTERS/REQUESTS/MOTIONS**
**REGARDING HIS TERM OF IMPRISONMENT AND FOR**
**COMPASSIONATE RELEASE (ECF Nos. 118, 119, 120, 121, 122, 125, 126)**
**AND**
**REQUESTS FOR APPOINTMENT OF COUINSEL (ECF Nos. 127, 128, 129)**

The matter before the Court are various letters/requests/motions regarding Defendant Darren Hartley's sentence and for compassionate release.  After Hartley entered a plea of guilty, on January 12, 2015, the Court imposed its sentence on July 21, 2015.  The sentence on Count 4 was for 84 months, to run concurrent with the Michigan Department of Corrections case, and on Count 3, 84 months to run consecutive to both Count 4 and to the sentence under service in the Michigan Department of Corrections, followed by three years of supervised release on Count 3 and five years of supervised release on Count 4.  (ECF No. 82, Judgment) The Judgment was amended twice.  (ECF No. 101, 102) The Second Amendment

Judgment modified the sentence as to Count 4, 42 months concurrent with the MDOC case, and as to Count 3, 42 months consecutive with the state sentence. (ECF No. 102, PageID.550) The supervised release term remained the same.

Hartley was housed at various facilities during his term of imprisonment. Hartley was released from the custody of the Bureau of Prisons on October 30, 2023 to serve his term of supervised release. Because Hartley has served his term of imprisonment under the Second Amended Judgment and has been released from the custody of the Bureau of Prisons, his letters/requests/motions related to his sentence and for compassionate release are now moot, along with his requests for appointment of counsel as they relate to his sentence.

Accordingly,

IT IS ORDERED that Defendant's Letters/Requests/Motions regarding his term of imprisonment and for compassionate release **(ECF Nos. 118, 119, 120, 121, 122, 125, 126)** are DENIED as MOOT.

IT IS FURTHER ORDERED that the requests for appointment of counsel **(ECF Nos. 127, 128, 129**) are DENIED as MOOT.

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

DATED:  June 18, 2025

2